In the Matter of Proving the Alleged Will of JOSHUA
RAPLEE, Deceased.

(Argued December 14, 1893; decided January 16, 1894.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made January 18, 1893, which reversed a decree of the Sur-
rogate's Court of Yates county revoking the probate of the
will of Joshua Raplee, deceased, and confirming the probate
of said will.

*John Gillette* for appellants.

*William S. Briggs* for respondents.

Agree to affirm on opinion below.*
All concur, except BARTLETT, J., not sitting.
Judgment affirmed.

———————

NICHOLAS SAUERBORN, as Administrator, etc., Respondent, *v.*
THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD
COMPANY, Appellant.

(Argued December 14, 1893; decided January 16, 1894.)

APPEAL from judgment of the General Term of the Supreme
Court in the third judicial department, entered upon an order
made May 9, 1893, which affirmed a judgment in favor of
plaintiff entered upon a verdict, and also affirmed an order
denying a motion for a new trial.

*S. W. Jackson* for appellant.

*Alonzo P. Strong* for respondent.

Agree to affirm; no opinion.
All concur, except BARTLETT, J., not sitting.
Judgment affirmed.

———————

* 66 Hun, 558.